## (January 15, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v S. ROBERT RAPPAPORT, Appellant. — Judgment of the Supreme Court, New York County, rendered on April 25, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P.J., Sullivan, Carro and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR GONZALEZ, Appellant. — Judgment, Supreme Court, Bronx County, rendered on July 30, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P.J., Sullivan, Carro and Silverman, JJ.